**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| JEFFREY WARE, | : No. 190 EAL 2023 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| TRUSTEES OF THE UNIVERSITY OF | : |
| PENNSYLVANIA (WORKERS' | : |
| COMPENSATION APPEAL BOARD), | : |
| | : |
| Respondent | : |
| JEFFREY WARE, | : No. 191 EAL 2023 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| TRUSTEES OF THE UNIVERSITY OF | : |
| PENNSYLVANIA (WORKERS' | : |
| COMPENSATION APPEAL BOARD), | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of March, 2024, the Petition for Allowance of Appeal is
**DENIED**.